IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOSEPH STANTON FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15CV868 |
| | ) | |
| MR. PARSONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 11, 2016, the United States Magistrate Judge's Recommendation was filed and Notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 3, 4.) Plaintiff filed an Application to Proceed IFP (ECF No. 5) and a Motion for Extension of Time to File Objections (ECF No. 6). However, Plaintiff did not remedy all of the defects noted in the Recommendation. The Court granted Plaintiff an extension of time to file objections (ECF No. 7), but he did not file any objections. Therefore, the Court need not make a *de novo* review, and the Magistrate Judge's Recommendation (ECF No. 3) is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that this action is filed and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

This, the 21st day of April, 2016.

                                                                /s/ Loretta C. Biggs
                                            United States District Judge